IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00067-M-RN

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| ERICH ANTON ENGEL, | ) ORDER |
| Defendant, | ) |
| v. | ) |
| FIDELITY INVESTMENTS, | ) |
| Garnishee. | ) |

This matter comes before the court on the United States' motion to unseal [DE 69]. For good cause shown, the motion is GRANTED. The Clerk of the Court shall unseal the government's Application for Writ of Garnishment [DE 64] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 68, 68-1].

SO ORDERED this 6th day of September, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE